UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| GAUL, TERESA A., | ) | CASE NO.  05-82835 |
|     Debtors. | ) | |
| | ) | |
| RAFOOL, GARY T., not individually but | ) | ADV. NO. |
| as Trustee for the Bankruptcy Estate of | ) | |
| Teresa A. Gaul, | ) | |
|     Trustee-Plaintiff. | ) | |
| v. | ) | |
| | ) | |
| ADVANCED ORTHOPEDICS P.C.,  BLOOMINGTON | ) | |
| RADIOLOGY S.C., BROMENN HEALTHCARE | ) | |
| SYSTEM, H & R ACCOUNTS INC., CENTRAL | ) | |
| ILLINOIS RADIOLOGICAL ASSOCIATES LTD., | ) | |
| CITY OF EAST PEORIA, BROMENN HEALTHCARE | ) | |
| HOSPITALS, OSF HEALTHCARE SYSTEM, AFNI | ) | |
| INC., DENNIS K. STOLLER, I.C. UNLIMITED INC., | ) | |
| UNIVERSITY OF ILLINOIS AT CHICAGO, C.B. | ) | |
| ACCOUNTS INC., | ) | |
|     Defendants. | ) | |

COMPLAINT TO DETERMINE VALIDITY
OF ALLEGED LIENS AND/OR ASSIGNMENTS

    NOW Comes GARY T. RAFOOL, Trustee of the above bankruptcy estate, through his attorney, SUMNER A. BOURNE, and brings this adversary proceeding pursuant to Bankruptcy Code Sections 362 and 541 and Fed.R.Bankr.P. 7001 to void and determine the validity and extent of the above-named Defendants' alleged statutory, subrogation and/or assignment liens on the personal injury claim of the Debtor Teresa A. Gaul, and states as follows:

    1.    The Court has subject matter jurisdiction over the subject matter of this Complaint as a core proceeding pursuant to the provisions of 28 U.S.C. 157(K).

    2.    Defendant ADVANCED ORTHOPEDICS P.C. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Advanced Orthopedics P.C., Attn: James D. Broadway, 401 SW Water Street, Suite 301, Peoria, IL  61602.

    3.    Defendant BLOOMINGTON RADIOLOGY S.C. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Bloomington Radiology S.C., Attn: A. Clay Cox, 202 N. Center Street, Bloomington, IL  61701.

4.      Defendant BROMENN HEALTHCARE SYSTEM pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Bromenn Healthcare System, Attn: Darrell L. Hartweg, 207 W. Jefferson, Suite 400, Bloomington, IL 61702.

5.      Defendant H & R ACCOUNTS INC. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: H & R Accounts Inc., Attn: C T Corporation System, 208 South LaSalle Street, Suite 814, Chicago, IL 60604.

6.      Defendant CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES LTD. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Central Illinois Radiological Associates Ltd., Attn: Gregory Quinn Hill, 411 Hamilton Blvd., Suite 1824, Peoria, IL 61602.

7.      Defendant CITY OF EAST PEORIA, d/b/a East Peoria Fire and Ambulance, pursuant to Fed.R.Bankr.P. 7004(b) may be served through its officer/agent by first class mail at the following address: City of East Peoria, Attn: Mayor Charles F. Dobbelaire, 201 W. Washington Street, East Peoria, IL 61611.

8.      Defendant C.B. ACCOUNTS INC. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: C.B. Accounts Inc., Attn: Mikel J. Burroughs, 1101 Main Street, Suite 300, Peoria, IL 61606.

9.      Defendant BROMENN HEALTHCARE HOSPITALS, d/b/a Eureka Community Hospital, pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Bromenn Healthcare Hospitals, Attn: Darrell L. Hartweg, 207 W. Jefferson, Suite 400, Bloomington, IL 61702.

10.     Defendant OSF HEALTHCARE SYSTEM, d/b/a Saint Francis Medical Center, pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: OSF Healthcare System, Attn: M. Patricia Klosinski, Motherhouse St. Francis Lane, East Peoria, IL 61611.

11.     Defendant AFNI INC. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: Afni Inc., Attn: Gregory J. Donovan, 404 Brock Drive, Bloomington, IL 61701.

12.     Defendant DENNIS K. STOLLER pursuant to Fed.R.Bankr.P. 7004(b) may be served by first class mail at the following address: Dennis K. Stoller, 1608 Broadway, Pekin, IL 61554.

13.     Defendant I.C. UNLIMITED INC. pursuant to Fed.R.Bankr.P. 7004(b)(3) may be served through its officer/agent by first class mail at the following address: I.C. Unlimited Inc., Attn: Sharon K. Kinsey, 21724 Connell Road, Tremont, IL 61568.

14.     Defendant UNIVERSITY OF ILLINOIS COLLEGE OF MEDICINE, pursuant to

Fed.R.Bankr.P. 7004(b) may be served through its officer/agent by first class mail at the following address:  University of Illinois College of Medicine, Attn: Joseph A. Flaherty, One Illini Drive, Peoria, IL  61605 and also an additional copy of the summons and complaint mailed to  Illinois Attorney General, Ms. Lisa Madigan, 100 W. Randolph Street, Room 13-229, Chicago, Illinois  60601.

15. This adversary proceeding arises out of and relates to the Chapter 7 case of Teresa A. Gaul, Case No. 05-82835 on the docket of this court filed on June 7, 2005.

16. All of the above Defendants were providers of medical services to the Debtor.

17. Debtor listed a pre-petition personal injury claim in her bankruptcy schedules. Pursuant to 11 U.S.C. Section 541 said personal injury claim is property of the bankruptcy estate.

18. A settlement of the personal injury claim was approved by this Court.

19. Defendants have failed to return requested waivers and/or alleged that they hold statutory, subrogation or other medical provider liens against said personal injury claim that must be determined.

## COUNT ONE: DETERMINATION OF ALLEGED PHYSICIAN LIEN(S)

20. Defendants ADVANCED ORTHOPEDICS P.C.,  BLOOMINGTON RADIOLOGY S.C., BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES LTD., UNIVERSITY OF ILLINOIS AT CHICAGO, C.B. ACCOUNTS INC. may have been entitled to claim a statutory physicians lien against the personal injury claim.

21. Such alleged lien(s) was not properly created nor perfected against the personal injury claim of Debtor because there was not a notice of lien issued with the proper informational requirements and served on the proper parties as required by 770 ILCS 80/1. Pursuant to 11 U.S.C. Section 362, the creation of such a lien after the filing of the bankruptcy petition is prohibited.

22. Wherefore, Trustee-Plaintiff prays that an order be entered ruling that any such said alleged physicians lien(s) held by said Defendants be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

## COUNT TWO: DETERMINATION OF ALLEGED HOSPITAL  LIEN(S)

23. Defendants BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., BROMENN HEALTHCARE HOSPITALS, OSF HEALTHCARE SYSTEM, AFNI INC. may have been entitled to claim a statutory hospital lien against the personal injury claim.

      24.    Such alleged lien(s) was not properly created nor perfected against the personal injury claim of Debtor because there was not a notice of lien issued with the proper informational requirements and served on the proper parties as required by 770 ILCS 35/1. Pursuant to 11 U.S.C. Section 362, the creation of such a lien after the filing of the bankruptcy petition is prohibited.

      25.    Wherefore, Trustee-Plaintiff prays that an order be entered ruling that any such said alleged hospital lien(s) held by said Defendants be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

### COUNT THREE: DETERMINATION OF ALLEGED EMERGENCY SERVICES PERSONNEL LIEN

      26.    Defendant CITY OF EAST PEORIA, d/b/a East Peoria Fire and Ambulance, may have been entitled to claim a statutory Emergency Services Personnel Lien against the personal injury claim.

      27.    Such alleged lien(s) was not properly created nor perfected against the personal injury claim of Debtor because there was not a notice of lien issued with the proper informational requirements and served on the proper parties as required by 770 ILCS 22/1. Pursuant to 11 U.S.C. Section 362, the creation of such a lien after the filing of the bankruptcy petition is prohibited.

      28.    Wherefore, Trustee-Plaintiff prays that an order be entered ruling that any such said alleged Emergency Services Personnel Lien(s) held by said Defendant be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

### COUNT FOUR: DETERMINATION OF ALLEGED DENTIST  LIEN(S)

      29.    Defendants DENNIS K. STOLLER and I.C. UNLIMITED INC. may have been entitled to claim a statutory dentist lien against the personal injury claim.

      30.    Such alleged lien(s) was not properly created nor perfected against the personal injury claim of Debtor because there was not a notice of lien issued with the proper informational requirements and served on the proper parties as required by 770 ILCS 20. Pursuant to 11 U.S.C. Section 362, the creation of such a lien after the filing of the bankruptcy petition is prohibited.

      31.    Wherefore, Trustee-Plaintiff prays that an order be entered ruling that any such said alleged dentist lien(s) held by said Defendants be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

## COUNT FIVE: VOIDANCE OF ALLEGED ASSIGNMENT
## LIENS ON PERSONAL INJURY CLAIM

32.     Defendants ADVANCED ORTHOPEDICS P.C., BLOOMINGTON RADIOLOGY S.C., BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES LTD., CITY OF EAST PEORIA, BROMENN HEALTHCARE HOSPITALS, OSF HEALTHCARE SYSTEM, AFNI INC., DENNIS K. STOLLER, I.C. UNLIMITED INC., UNIVERSITY OF ILLINOIS AT CHICAGO, C.B. ACCOUNTS INC., may hold letters or received oral protection agreements from Debtor's personal injury attorney and/or the Debtor alleging to protect and pay said Defendants' balances upon settlement or judgment in Debtor's personal injury claim or other attempted assignments of interests in the personal injury claims.

33.     Such letters or other attempted agreements are not valid assignments of the Debtor's interest in the personal injury claim as being void pursuant to Illinois public policy pursuant to Illinois common law, the interest of the bankruptcy estate in said personal injury claim is preserved pursuant to 11 U.S.C. Section 541(a) free and clear of any such attempted assignment(s).

34.     Wherefore, Trustee-Plaintiff prays that an order be entered ruling that any such alleged assignments be ruled void and allowing distribution of the proceeds of the personal injury claim by the Trustee free of any such alleged assignments, and that he have such other and further relief as is just.

## PRAYER FOR RELIEF

The Trustee-Plaintiff respectfully requests that this Court issue an order in this proceeding ruling that:

1.     Any alleged physicians lien(s) claimed by Defendants ADVANCED ORTHOPEDICS P.C., BLOOMINGTON RADIOLOGY S.C., BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES LTD., UNIVERSITY OF ILLINOIS AT CHICAGO, C.B. ACCOUNTS INC. be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

2.     Any alleged hospital lien(s) claimed by Defendants BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., BROMENN HEALTHCARE HOSPITALS, OSF HEALTHCARE SYSTEM, AFNI INC. be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

3.     Any alleged Emergency Services Personnel lien(s) claimed by Defendant CITY OF EAST PEORIA be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

4.      Any alleged dentist lien(s) claimed by Defendants DENNIS K. STOLLER and I.C. UNLIMITED INC. be ruled void, allowing distribution of the proceeds of the personal injury claim by the Trustee free of said alleged lien(s), and that he have such other and further relief as is just.

5.      Any alleged assignments or protection agreements with ADVANCED ORTHOPEDICS P.C., BLOOMINGTON RADIOLOGY S.C., BROMENN HEALTHCARE SYSTEM, H & R ACCOUNTS INC., CENTRAL ILLINOIS RADIOLOGICAL ASSOCIATES LTD., CITY OF EAST PEORIA, BROMENN HEALTHCARE HOSPITALS, OSF HEALTHCARE SYSTEM, AFNI INC., DENNIS K. STOLLER, I.C. UNLIMITED INC., UNIVERSITY OF ILLINOIS AT CHICAGO, C.B. ACCOUNTS INC. be ruled void and allowing distribution of the proceeds of the personal injury claim by the Trustee free of any such alleged lien and/or assignment(s);

6.      That he have such other and further relief as is just.

Under penalties provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

Dated: September 7, 2006

| | |
|---|---|
| Sumner A. Bourne<br>Rafool & Bourne, P.C.<br>411 Hamilton Blvd., Suite 1600<br>Peoria, IL  61602<br>Telephone: (309) 673-5535 | Respectfully Submitted,<br>GARY T. RAFOOL, Trustee,<br><br>BY:  /s/ Sumner A. Bourne<br>      Attorney for Trustee |

CERTIFICATE OF SERVICE

The undersigned certifies that this electronic document was served electronically through the court's electronic mailing system pursuant to the notice generated by the court upon the following parties:

U.S. Trustee

Rafool & Bourne, P.C.
411 Hamilton, Suite 1600            BY:    /s/  Sumner A. Bourne
Peoria, IL  61602
Telephone: (309) 673-5535